UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - GENERAL

Priority ✓
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Case No: CR 96-433-SVW Date: 7-15-02

HONORABLE STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul Pierson | Lena Villegas | John Owens |
| --- | --- | --- |
| Deputy Clerk | Court Reporter | Asst. U. S. Attorney |

INTERPRETER: N/A

U.S.A. vs (Dft. listed below)
1) Kwok Chee Kwan
X pres ____ custody X bond

Attorneys for Defendants
1) Arthur Avazian
X pres ____ apptd X retnd

PROCEEDING: HEARING ON DEFENDANT'S PETITION FOR WRIT OF CORAM NOBIS; MOTION TO VACATE JUDGMENT AND SENTENCING

Cause called and counsel make their appearance. Court and counsel confer. The Court schedules further hearing on these matters for 7-29-02 at 11:00 a.m.

DKM

(24)

MINUTES FORM 6
CRIM - GEN

Initials of Deputy Clerk PP